```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 10778
   ERIC K BROWN SR
   ELIZABETH BROWN                               CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-6419      SSN XXX-XX-6450
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/30/06 and confirmed on 10/24/06.

2. The case was converted to Chapter 7 after confirmation, 05/28/2008.

3. The Debtor paid a total of $ 15998.20 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 1638.60 | .00 | 1638.60 |
| FIRST AMERICAN BANK | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 1721.24 | 106.53 | 957.66 |
| DAIMLER CHRYSLER FINANCI | SECURED | 7162.51 | 741.26 | 6073.78 |
| ATM ENT LTD | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNT SOLUTIONS GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE LUTHERAN GENERA | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 2694.76 | .00 | 334.69 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED IMAGING SPECI | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATES IN PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| BARRINGTON ORTHOPEDIC SP | UNSECURED | NOT FILED | .00 | .00 |
| BLAINES FARM AND FLEET | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 751.20 | .00 | 84.15 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| DRESS BARN | UNSECURED | NOT FILED | .00 | .00 |
| DUNDEE DENTAL CTR | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ERS | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 182.60 | .00 | 18.58 |
| FOX VALLEY LABORATORY PH | UNSECURED | NOT FILED | .00 | .00 |
| FRANK R MONTGOMERY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4224.79 | .00 | 524.72 |
| GERALD L HIRSCH DDS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |

```
ATLANTIC CREDIT & FINANC  UNSECURED       914.81           .00         108.46
KCA FINANCIAL SERVICES    UNSECURED    NOT FILED           .00             .00
MEA MEDICAL CARE CTRS LL  UNSECURED    NOT FILED           .00             .00
VATIV RECOVERY SOLUTIONS  UNSECURED       821.02           .00          97.34
MERCHANTS CREDIT GUIDE    UNSECURED    NOT FILED           .00             .00
MICHAEL H YUEN MD         UNSECURED    NOT FILED           .00             .00
NICOR GAS                 UNSECURED    NOT FILED           .00             .00
NORTHWEST COLLECTION      UNSECURED    NOT FILED           .00             .00
NW SUBURBAN IMAGING CONS  UNSECURED    NOT FILED           .00             .00
OSI COLLECTION SERVICES   UNSECURED    NOT FILED           .00             .00
PADDOCK PUBLICATIONS      UNSECURED    NOT FILED           .00             .00
PALISADES COLLECTION      UNSECURED    NOT FILED           .00             .00
PENTAGROUP FINANCIAL      UNSECURED    NOT FILED           .00             .00
SEIGLE ACKERMANN EYE ASS  UNSECURED    NOT FILED           .00             .00
SHERMAN HOSPITAL          UNSECURED    NOT FILED           .00             .00
SUNITA TALWAR MD          UNSECURED    NOT FILED           .00             .00
THE BUREAUS INC           UNSECURED        53.87           .00            2.55
TARGET NATIONAL BANK      UNSECURED      1504.80           .00          178.39
TRG ACCOUNT SERVICES      UNSECURED       325.60           .00           36.48
UNIVERSAL FIDELITY CORP   UNSECURED    NOT FILED           .00             .00
US DEPARTMENT OF EDUCATI  UNSECURED      4646.05           .00          577.06
VAN RU CREDIT             UNSECURED    NOT FILED           .00             .00
AFNI/VERIZON              UNSECURED       319.08           .00           35.75
ECAST SETTLEMENT CORPORA  UNSECURED      1021.61           .00          121.11
RESURGENT CAPITAL SERVIC  UNSECURED      2991.04           .00          371.50
FIRST AMERICAN BANK       MORTGAGE ARRE   787.77           .00          787.77
JENNIFER AGUILAR          CHILD SUPPORT NOT FILED          .00             .00
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   11310.12         .00     20451.23          .00    31761.35
PRINCIPAL PAID        9457.81         .00      2490.78          .00    11948.59
INTEREST PAID          847.79         .00           .00         .00      847.79
TOTAL PAID           10305.60         .00      2490.78          .00    12796.38
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   3000.00 and was paid $    500.00  direct and $   2500.00  through the plan.

The Trustee received $    701.82 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/26/08                      /s/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE

```
                          PAGE   3
     CASE NO. 06 B 10778 ERIC K BROWN SR & ELIZABETH BROWN
```